No. 1097. JAMES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1114. GROSS v. JFD MANUFACTURING CO., INC. C. A. 2d Cir. Certiorari denied. *John M. Calimafde* for petitioner. *S. Stephen Baker* for respondent.

No. 1115. DUNCAN v. CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied. *Stanley Kreutzer* for petitioner. *John D. LaBelle* and *Harry W Hultgren, Jr.* for respondent.

No. 1121. WILLOW FARMS DAIRY, INC., ET AL. v. FREEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 4th Cir. Certiorari denied. *Charles G. Page* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Neil Brooks* for respondents.

No. 11, Misc. WILLOUGHBY v. INDIANA. Supreme Court of Indiana. Certiorari denied. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, and *Carl E. Van Dorn,* Deputy Attorney General, for respondent.

No. 12, Misc. ALERIA v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack E. Goertzen,* Deputy Attorney General, for respondent.